**Fill in this information to identify your case:**

Debtor 1: **Baldwin Quain Harwell**
   First Name   Middle Name   Last Name

Debtor 2: **Ronette Darlene Harwell**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ascend Federal Credit Union**<br><br>Description of property securing debt: **2015 Chevrolet Malibu 64186 miles**<br>**VIN: 1G11C5SL9FF143933**<br>**Location: 505 Lincoln Avenue N., Fayetteville TN 37334** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **GM Financial**<br><br>Description of property securing debt: **2017 Chevrolet Cruze 25658 miles**<br>**VIN: 1G1BC5SMXH7217449**<br>**Location: Vehicle is in possession of co-debtor.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **One Main Financial** | ■ Surrender the property. | ■ No |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 1

| Debtor 1 | **Baldwin Quain Harwell** | |
|---|---|---|
| Debtor 2 | **Ronette Darlene Harwell** | Case number (*if known*) |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **1997 GMC Sierra 278000 miles VIN: 1GTEC14R5VZ534321 Location: 505 Lincoln Avenue N., Fayetteville TN 37334** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | |
| Creditor's name: | **One Main Financial** | ■ Surrender the property. ☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | **2005 Chevrolet Impala 172896 miles VIN: 2G1WF52E259381645 Location: 505 Lincoln Avenue N., Fayetteville TN 37334** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

Debtor 1  **Baldwin Quain Harwell**
Debtor 2  **Ronette Darlene Harwell**    Case number (*if known*)

**X**  **/s/ Baldwin Quain Harwell**              **X**  **/s/ Ronette Darlene Harwell**
**Baldwin Quain Harwell**                         **Ronette Darlene Harwell**
Signature of Debtor 1                             Signature of Debtor 2

Date    **April  8, 2019**                        Date    **April  8, 2019**